Filed 7/19/16  P. v. Vallejo CA2/5

**NOT TO BE PUBLISHED IN THE OFFICIAL REPORTS**

California Rules of Court, rule 8.1115(a), prohibits courts and parties from citing or relying on opinions not certified for publication or ordered published, except as specified by rule 8.1115(b).  This opinion has not been certified for publication or ordered published for purposes of rule 8.1115.

IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

SECOND APPELLATE DISTRICT

DIVISION FIVE

| | |
|---|---|
| THE PEOPLE, | B266970 |
| Plaintiff and Respondent, | (Los Angeles County Super. Ct. No. BA321063) |
| v. | |
| HILARY VALLEJO, | |
| Defendant and Appellant. | |

APPEAL from an order of the Superior Court of Los Angeles County, Karla D. Kerlin, Judge.  Affirmed.

David R. Greifinger, under appointment by the Court of Appeal, for Defendant and Appellant.

No appearance for Plaintiff and Respondent.

## INTRODUCTION

Defendant and appellant Hilary Vallejo filed a petition for modification of sentence that sought to have her felony conviction for grand theft (Pen. Code, § 484g(a)) resentenced as a misdemeanor pursuant to Proposition 47 (Pen. Code, § 1170.18). The trial court denied the petition on the ground that defendant failed to show her theft was less than $950.

Defendant's appointed counsel filed an opening brief in accordance with *People v. Wende* (1979) 25 Cal.3d 436 requesting this court to conduct an independent review of the record to determine if there are any arguable issues. On March 22, 2016, we gave notice to defendant that counsel had failed to find any arguable issues and defendant had 30 days within which to submit by brief or letter any grounds of appeal, contentions, or arguments she wished this court to consider. Defendant did not file a brief or letter. We affirm.

## DISCUSSION[1]

We have reviewed the record and are satisfied that defendant's counsel has fully complied with his responsibilities and no arguable issues exist. (*People v. Wende, supra,* 25 Cal.3d at p. 441.)

---

[1] We omit a recitation of the facts concerning defendant's underlying offense as defendant's appeal is from an order denying a post-judgment petition for resentencing concerning a conviction that was based on a guilty plea.

## DISPOSITION

The order is affirmed.

NOT TO BE PUBLISHED IN THE OFFICIAL REPORTS.


RAPHAEL, J.*


We concur:


KRIEGLER, Acting P. J.


BAKER, J.

---

\*      Judge of the Superior Court of the County of Los Angeles, assigned by the Chief Justice pursuant to article VI, section 6 of the California Constitution.